UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>CALI INVESTMENTS, LP, et al.,<br><br>    Defendants. | Case No. 18-cv-03988-SVK<br><br>**ORDER CONTINUING OSC HEARING TO NOVEMBER 19, 2019** |

This case settled in August, and the parties were given approximately 60 days to file a dismissal or to show cause why additional time was needed. Dkt. 43. The parties have now filed a status report stating, without support, that they need approximately 40 more days to file a dismissal. Dkt. 45.

The parties' request to continue the deadline for filing a dismissal until November 30, 2019 is DENIED. The parties are ordered to file a dismissal promptly. The hearing on the order to show cause, currently set for October 29, 2019, is CONTINUED to November 19, 2019. Upon the filing of a dismissal, the OSC hearing will be automatically vacated.

**SO ORDERED.**

Dated: October 23, 2019

_____
SUSAN VAN KEULEN
United States Magistrate Judge